IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LYONDO LARELL WARE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CR 122-019 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

On July 10, 2024, the Court recommended granting Respondent's motion to dismiss Petitioner's motion filed pursuant to 28 U.S.C. § 2255 and ordered objections to be filed by July 29, 2024. (Doc. nos. 106, 107.) On July 26, 2024, the July 10th Report and Recommendation ("R&R") and accompanying Order were returned to the Clerk of Court with a notation that Petitioner is no longer incarcerated at the Charles B. Webster Detention Center in Augusta, Georgia. (Doc. no. 108, p. 1.) According to Federal Bureau of Prisons records, it appears Petitioner is now incarcerated at FCI Bennettsville, P.O. Box 52020, Bennettsville, SC, 29512.

Thus, the Court **DIRECTS** the **CLERK** to update Petitioner's address on the docket and mail a copy of the July 10th R&R, (doc. no. 106), and accompanying Order, (doc. no. 107), to Petitioner at his new address. The Court extends the deadline for filing objections to the July 10th R&R to August 15, 2024. The Court cautions Petitioner he must keep the Court apprised of his current address.

SO ORDERED this 29th day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA